

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Kerry Jon Aitchison a/k/a Kerry Jon Atkinson a/k/a Kerry Attchison,      * From the 350th District Court of Taylor County
Trial Court No. 12118-D.

Vs. No. 11-17-00054-CR      * January 31, 2019

The State of Texas,      * Memorandum Opinion by Wright, S.C.J.
(Panel consists of: Bailey, C.J., Stretcher, J., and Wright, S.C.J., sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below.  Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.